Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**JAMES WARREN HOLLAND,**

    **Plaintiff,**

**v.**                                                     **CASE NO. 5:03-cv-00323-SPM-AK**

**EFLONG ANDEM,**
**JAMES V CROSBY,**
**DONOVAN HAMILTON,**

    **Defendants.**
_____/

## O R D E R

This matter is before the Court on Defendant Andem's for Extension of Time to File his Special Report. (Doc. 33). The motion is **GRANTED**, and Defendant Andem shall have through June 10, 2005, to file his special report.

**DONE AND ORDERED** at Gainesville, Florida, this __10th__ day of May, 2005.

                                                       s/ A. KORNBLUM
                                                       **ALLAN KORNBLUM**
                                                       **UNITED STATES MAGISTRATE JUDGE**