IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES WARREN HOLLAND,

    Plaintiff,

vs.                                    CASE NO.: 5:03cv323-SPM/AK

DR. EFLONG ANDEM,

    Defendant.

_____/

## ORDER

    This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 49) dated December 2, 2005. Plaintiff has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 49) is ADOPTED and incorporated by reference in this order.

    2.    Defendant's motion to dismiss (doc. 36) is granted. Because Plaintiff has not exhausted his administrative remedies, Plaintiff has failed to state a claim for which relief can be granted concerning his treatment for hepatitis C. Accordingly

the claim is dismissed.

3. Defendant's motion for summary judgment (doc. 38) is granted. Plaintiff has not stated a valid claim for relief concerning medical treatment for his feet. Accordingly the claim is dismissed.

4. There are no remaining claims in this case. The clerk will note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because Plaintiff failed to state a claim upon which relief may be granted.

DONE AND ORDERED this 5th day of January, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge